NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1362

KEN SMITH D/B/A B & K MUSIC

VERSUS

MIKE UNKEL

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2000-237
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
ARTHUR J. PLANCHARD
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Glenn B. Gremillion, Billy Howard Ezell, and Arthur J. Planchard*, Judges.

**AFFIRMED.**

**Michael Dean Hebert**
**P. O. Box 3723**
**Lafayette, LA 70502**
**Counsel for Plaintiff-Appellee**
    **Ken Smith**

**Christopher Shannon Hardy**
**P. O. Box 2187**
**Lafayette, LA 70502-2187**
**Counsel for Plaintiff-Appellee**
    **Ken Smith**

**Randy A. Doucet**
**P. O. Box 909**
**Kinder, LA 70648**
**Counsel for Defendant-Appellant**
    **Mike Unkel**

---

*Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.